IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CLYDE THOMAS HULL | : | NO. 07-38-16 |

**ORDER RE: MOTION FOR RECONSIDERATION**

AND NOW, this 18th day of July, 2011, following consideration of the Defendant Clyde Thomas Hull's Motion for Reconsideration (ECF No. 798/799) of the Court's ruling as to his career offender status, and for the reasons in the accompanying Memorandum of Law, it is hereby ORDERED that the Motion is GRANTED. Defendant is not a career offender for purposes of sentencing in this case.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\07-38-16 Hull, Clyde\Mot Reconsider Order.wpd