IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : Criminal No. 07-038-16 file
Civil No. 13-6858

CLYDE THOMAS HULL :

**ORDER**

AND NOW, this 17th day of June, 2014, it is ORDERED

that the defendant's *pro se* petition under Title 28, United States Code, Section 2255, is hereby

DENIED.

BY THE COURT:

_____
HONORABLE MICHAEL M. BAYLSON
*Judge, United States District Court*