IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
:
v. : CRIMINAL NUMBER 07-38-16
:
CLYDE HULL :
USM# 63908-066 :

## ORDER

AND NOW this 11th day of December, 2014, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 68 months, effective November 1, 2015.

FILED
DEC 12 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

BY THE COURT:

_____
THE HONORABLE MICHAEL M. BAYLSON
Senior United States District Court Judge

cc: Def
AUSA
Fed Def
PTS
Probation
US Marshal